AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>MILLING, JR., BERT W. | 2. Court or Organization<br><br>U.S. DISTRICT COURT - SOUTHERN | 3. Date of Report<br><br>07/09/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>FULL TIME MAGISTRATE JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination　　Date<br>☐ Initial　☑ Annual　☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2019<br>**to**<br>12/31/2019 |

| 7. Chambers or Office Address |
|---|
| 113 ST JOSEPH STREET<br>MOBILE, AL 36602 |

| ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.* |
|---|

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| **MILLING, JR., BERT W.** | 07/09/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLING, JR., BERT W. | 07/09/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLING, JR., BERT W. | 07/09/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. BBVA COMPASS CHECKING ACCOUNT | A | Interest | J | T | | | | | |
| 2. BBVA COMPASS MONEY MARKET ACCT | A | Interest | K | T | | | | | |
| 3. PITMAN PROPERTIES, LLC - FAIRHOPE, AL | B | Distribution | J | U | | | | | |
| 4. TD AMERITRADE - BROKERAGE ACCOUNT - HAYEK KALLEN | | | | | | | | | ALL ACCOUNTS LISTED BELOW |
| 5. - A T & T INC | B | Dividend | K | T | | | | | |
| 6. - ABBVIE INC | B | Dividend | L | T | | | | | |
| 7. - ACCENTURE LTD CL A | A | Dividend | L | T | Sold (part) | 04/22/19 | J | H2 | |
| 8. - ALPHABET INC, CL A | | None | K | T | | | | | |
| 9. - ALTRIA GROUP | C | Dividend | K | T | | | | | |
| 10. - APPLE INC | B | Dividend | M | T | | | | | |
| 11. - BERKSHIRE HATHAWAY - CL B | | None | L | T | Sold (part) | 04/12/19 | J | D | |
| 12. - CATERPILLAR INC | A | Distribution | K | T | Buy | 04/22/19 | K | | |
| 13. - CHEVRONTEXICO CORP | B | Dividend | K | T | | | | | |
| 14. - COCA COLA | A | Dividend | K | T | | | | | |
| 15. - DOMINION RESOURCES INC COM | A | Distribution | J | T | | | | | |
| 16. - EXXON MOBIL | B | Dividend | K | T | | | | | |
| 17. - ICON PLC | | None | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLING, JR., BERT W. | 07/09/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  - INTEL CORP | B | Dividend | L | T | Sold (part) | 11/21/19 | J | D | |
| 19.  - JOHNSON & JOHNSON | B | Dividend | K | T | | | | | |
| 20.  - JP MORGAN ULTRA-SHORT | A | Dividend | K | T | Buy | 11/21/19 | L | | |
| 21.  - MCDONALDS CORP | A | Dividend | K | T | | | | | |
| 22.  - MERCK & CO INC | A | Dividend | K | T | | | | | |
| 23.  - MICROSOFT | B | Dividend | M | W | Sold (part) | 04/22/19 | K | E | |
| 24.  - MOLSON COORS BREWING CL B | A | Dividend | K | T | | | | | |
| 25.  - NOVARTIS A G | A | Dividend | K | T | | | | | |
| 26.  - NOVO-NORDISK A S ADR | A | Dividend | K | T | | | | | |
| 27.  - ORACLE CORP COM | A | Dividend | K | T | | | | | |
| 28.  - PEPSICO INC CO | B | Dividend | L | T | Sold (part) | 11/21/19 | J | C | |
| 29.  - PFIZER INC | B | Dividend | K | T | | | | | |
| 30.  - PHILLIP MORRIS | B | Dividend | K | T | | | | | |
| 31.  - SOUTHERN COMPANY | A | Dividend | K | T | | | | | |
| 32.  - STARBUCKS CORP | A | Dividend | L | T | | | | | |
| 33.  - THERMO FISHER SCIENTIFIC | A | Dividend | L | T | Sold (part) | 04/12/19 | J | D | |
| 34. | | | | | Sold (part) | 11/21/19 | K | E | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLING, JR., BERT W. | 07/09/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.    - UNION PACIFIC CORP COM | A | Dividend | K | T | | | | | |
| 36.    - UNITED TECH CORP | A | Dividend | K | T | | | | | |
| 37.    - VANGUARD HIGH DIVIDEND | | | K | T | Buy | 11/21/19 | K | | |
| 38.    - VANGUARD SHORT TERM<br>TREASURY INDEX | | | K | T | Buy | 11/21/19 | K | | |
| 39.    - VERIZON COMMUNICATIONS | B | Dividend | L | T | | | | | |
| 40.    - VISA | A | Dividend | L | T | Sold<br>(part) | 04/22/19 | J | D | |
| 41. | | | | | Sold<br>(part) | 11/21/19 | J | D | |
| 42.    - WAL-MART | A | Dividend | K | T | | | | | |
| 43.    - WASTE MANAGEMENT | A | Dividend | K | T | | | | | |
| 44.    - 3M COMPANY SENIOR MED TERM | A | Interest | K | T | Buy | 04/03/19 | K | | |
| 45.    - AMAZON COM INC SENIOR NOTE | A | Interest | K | T | Buy | 03/21/19 | K | | |
| 46.    - BRANDYWINE FUND | | None | K | T | | | | | |
| 47.    - FRANKLIN FED TAX FREE INCOME<br>CL | B | Dividend | L | T | | | | | |
| 48.    - ALASKA MUN BD BK AUTH | A | Interest | K | T | | | | | |
| 49.    - AMGEN INC SENIOR NOTE | B | Interest | K | T | | | | | |
| 50.    - BREVARD CNTY FLA SCH BRD | A | Interest | K | T | | | | | |
| 51.    - COLGATE-PALMOLIVE CO SENIOR<br>ME | A | Interest | K | T | Buy | 01/11/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLING, JR., BERT W. | 07/09/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. - DISCOVER BK CD | A | Interest | K | T | | | | | |
| 53. - EDGECOMBE CNTY NC LMTD OBLIG | B | Interest | K | T | | | | | |
| 54. - FEDERATED FTD PM CASH OBLIGATIONS | A | Interest | | | Buy | 10/15/19 | M | | |
| 55. | | | | | Sold | 11/21/19 | M | A | |
| 56. - FED GOVT OBLIGS FD | A | Interest | K | T | | | | | |
| 57. - FOLEY ALA UTILS BRD | A | Interest | K | T | | | | | |
| 58. - GOLDMAN SACHS BK USA NY CD | A | Interest | | | Sold | 05/31/19 | K | A | |
| 59. - GRAND FORKS N D PK | A | Interest | K | T | | | | | |
| 60. - HEWLETT PACKARD CO SR UNSECURED | A | Interest | J | T | | | | | |
| 61. - J P MORGAN CHASE BANK NA SR UNSECURED | A | Interest | K | T | | | | | |
| 62. - J P MORGAN CHASE BANK NA CD | | None | | | Sold | 03/29/19 | K | B | |
| 63. - LEWISVILLE TX GO BDS 2/15/22 | A | Interest | K | T | | | | | |
| 64. - LLOYDS TSB BANK PLC SR MED | A | Interest | | | Sold | 02/27/19 | K | A | |
| 65. - MCDONALDS CORP SENIOR MEDIUM | A | Interest | K | T | Buy | 07/02/19 | K | | |
| 66. - MICHIGAN MUNI BD AUTH REV | C | Interest | | | Sold | 10/01/19 | L | A | |
| 67. - NAVIGATORS GROUP INC SENIOR | B | Interest | | | Sold | 09/18/19 | K | B | |
| 68. - ORACLE CORP SENIOR NOTE | A | Interest | K | T | Buy | 02/05/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **MILLING, JR., BERT W.** | 07/09/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. - SOCIETE GENERALE SR UNSEC | | None | K | T | | | | | |
| 70. - TIME WARNER CABLE INC 8.25% | A | Interest | | | Sold | 04/01/19 | J | A | |
| 71. - TROY ALA GO WTS | A | Interest | K | T | | | | | |
| 72. - TRUSSVILLE ALA GO WTS CALLABLE 5% | A | Interest | K | T | | | | | |
| 73. - US TREAS SENIOR NOTE | A | Interest | K | T | | | | | |
| 74. - UNIVERSITY CONN REV BDS | A | Interest | K | T | | | | | |
| 75. - VISA INC | A | Interest | K | T | Buy | 04/12/19 | K | | |
| 76. - WAL-MART STORES | A | Interest | K | T | Buy | 03/21/19 | K | | |
| 77. - WALT DISNEY CO SENIOR MEDIUM | | None | K | T | | | | | |
| 78. - WESTERN UNION SR UNSECURED | B | Interest | | | Sold | 12/27/19 | K | A | |
| 79. - CASH - HAYEK KALLEN | | None | J | T | | | | | |
| 80. - TD BANK USA FDIC INSRD DEPOSIT | A | Interest | L | T | | | | | |
| 81. | | | | | | | | | |
| 82. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **MILLING, JR., BERT W.** | 07/09/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| **MILLING, JR., BERT W.** | 07/09/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ BERT W. MILLING, JR.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544